In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00048-CR**
**NO. 09-14-00049-CR**
**NO. 09-14-00051-CR**
**NO. 09-14-00052-CR**
**NO. 09-14-00053-CR**

_____

**NATHAN JOEL NICHOLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 11-12768, 13-15762, 12-14453, 11-12770, 11-12776**

**MEMORANDUM OPINION**

Nathan Joel Nichols appealed from the trial court's failure to grant his applications in five separate cases for a pretrial writ of habeas corpus, each of which asked that the trial court reduce his bail. No signed, written orders denying Nichols's 2013 applications for pretrial writs appear in the appellate records in any of Nichols's five cases.

1

For this court to exercise jurisdiction in a criminal case, there must be a signed, written order which is being appealed. *State v. Sanavongxay*, 407 S.W.3d 252, 259 (Tex. Crim. App. 2012). Because the appellate records do not contain signed, written orders denying the applications Nichols filed, we dismiss Nichols's appeals for want of jurisdiction. *See id.*; *see also* Tex. R. App. P. 43.2(f).

APPEALS DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered April 9, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.